# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CHICAGO TITLE INSURANCE COMPANY, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:08-1083 |
| ) | Judge Trauger |
| DEWRELL SACKS, LLP., ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the plaintiff's Motion for Summary Judgment (Docket No. 17) is **GRANTED IN PART AND DENIED IN PART** and the defendant's [Partial] Motion for Summary Judgment Dismissing Plaintiff's Allegations of Professional Negligence Based Upon the Expiration of the Statute of Limitations (Docket No. 25) is **GRANTED**.

This matter should be resolved through mediation. It is therefore **ORDERED** that, by December 7, 2009, the parties shall file a joint mediation report that informs the court of the date on which they have scheduled a mediation.

It is so ordered.

Enter this 24th day of November 2009.

_____
ALETA A. TRAUGER
United States District Judge