## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| CHICAGO TITLE INSURANCE COMPANY, ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> DEWRELL SACKS, LLP., ) <br> ) <br> **Defendant.** ) <br> ) | Case No. 3:08-1083 <br> Judge Trauger |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendant's Motion for Reconsideration (Docket No. 39) is **GRANTED IN PART AND DENIED IN PART**. Consistent with the instructions in the Memorandum, the plaintiff is granted until January 31, 2010 to properly effectuate service.

It is so ordered.

Enter this 30th day of December 2009.

_____
ALETA A. TRAUGER
United States District Judge