# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CHICAGO TITLE INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION: 3:08-cv-01083 |
| ) | JUDGE TRAUGER |
| vs. ) | MAGISTRATE |
| ) | |
| DEWRELL SACKS, LLP, ) | |
| ) | |
| Defendant. ) | |

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

Plaintiff, Chicago Title Insurance Company, pursuant to Rule 41 (a) (2), Fed. R. Civ. P., has requested that its action and its Complaint against Defendants Dewrell Sacks, LLP and Mara Sacks, should be dismissed with prejudice. Plaintiff requests that the Court enter a Final Judgment of Dismissal pursuant to Rule 41 (a) (2) and Rule 58, Fed. R. Civ. P. dismissing this action and Plaintiff's Complaint against said Defendants with prejudice. Defendants have indicated that Defendants have no objection to the dismissal of Plaintiff's action and Plaintiff's Complaint with prejudice. Defendant Dewrell Sacks, LLP has also indicated that it does not have any objection to assessment of any remaining routine court costs, if any, to said Defendant. Each party will otherwise bear its own legal fees, legal expenses and discretionary expenses.

Accordingly, pursuant to Rule 41 (a) (2) and Rule 58 (d), Fed. R. Civ. P., it is hereby ORDERED that Plaintiff's action and Plaintiff's Complaint against Defendants are hereby Dismissed with prejudice with routine court costs taxed to Defendant Dewrell Sacks, LLP, for which execution may issue, if necessary. Each party shall bear its own legal fees and legal expenses. This case is now closed.

_____
HON. ALETA A. TRAUGER, U.S. DIST. CT. JUDGE

**SUBMITTED FOR ENTRY BY:**


 /s/ Jeff T. Goodson
John Cobb Rochford (#18867)
Jeff T. Goodson (#023648)
Law Office of John Cobb Rochford, PLLC
2200 Abbott Martin Road, # 201
Nashville, TN  37215
(615) 269-7676

*Counsel for Plaintiff Chicago Title Insurance Company*